IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. SINGLETON, | : | Civil No. 3:19-cv-1426 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN OF LACKAWANNA COUNTY PRISON, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 9th day of December, 2019, upon consideration of Petitioner's motion (Doc. 7) for appointment of counsel, and in accordance with the Court's Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 7) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge